UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  06-60339-CR-DIMITROULEAS

    Plaintiff,

vs.

MARCUS ROLLE,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendant Rolle's October 9, 2008 Motion for Downward Departure [DE-333], and the Court having reviewed the Court file, finds as follows:

1. On January 10, 2007, Rolle along with Co-Defendants Giovanni Munroe, Delvin Rigby and Lester Bain, were indicted and charged with Conspiracy to Import 500 grams or more of Cocaine and Importation of 500 grams or more of Cocaine. [DE-18].

2. On April 27, 2007, Marcus Rolle was convicted on both counts. [DE-101].

3. On August 23, 2007, Rolle was sentenced to sixty (60) months in prison. [DE-210].

4. On July 2, 2008, the Eleventh Circuit Court of Appeals affirmed. [DE-331]. U.S. v. Rolle, 2008 WL 2600657 (11th Cir. July 2, 2008).

5. In this request, Rolle requests a downward departure because of the negative effects of deportation on his imprisonment.

6. The Court has no jurisdiction to alter Rolle's sentence. U.S. v. Higgs, 504 F. 3d 456, 463 (3d Cir. 2007).  Had Rolle requested such a departure at sentencing, the Court would have exercised discretion and denied it. U.S. v. Meza-Urtado, 351 F. 3d 301 (7th Cir. 2003) cert.

denied, 541 U.S. 982 (2004).

Wherefore, Rolle's Motion for Downward Departure [DE-333] is Denied, without prejudice to his filing a proper, timely Motion to Vacate under 28 U.S.C. § 2255.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marcus Rolle, #78269-004
c/o R.C.D.C. I & II
P.O. Box 1560
Pecos, Texas 79772

Alex Soto, AUSA